UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN KYZAR,

                Plaintiff(s),

    v.

CREDIT INTERNATIONAL
CORPORATION,

                Defendant(s).

CASE NO. 2:22-cv-00027-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Michael S. O'Meara, of O'Meara Law Office P.S., is counsel for Defendant Credit International Corporation. He has submitted a motion ("Substitution Motion") seeking the Court's leave to withdraw as Defendant's counsel and substitute Jeffrey I. Hasson, of Hasson Law, LLC, as Defendant's new counsel. Dkt. No. 17 at 1.

(2) The Court previously noted that the Substitution Motion was incorrectly filed as a stipulated motion under Local Civil Rule ("LCR") 83.2(b)(1), as opposing counsel

1   had not signed the Substitution Motion. Therefore, the Court re-noted the motion for

2   July 1, 2022 in accordance with the Local Civil Rules. Dkt. No. 18. Plaintiff has not

3   responded to the Substitution Motion.

4   (3) The Court notes that the Substitution Motion also does not "include a certification

5   that the motion was served on the client" (in this case, Defendant), as required by

6   LCR 83.2(b)(1). *See* Dkt. No. 17 at 3 (certification of service). However, because

7   counsel for Defendant represents, in his proposed order, that "Defendant has

8   indicated its approval of the substitution of counsel" (Dkt. No. 17-1 at 1) and because

9   Defendant will remain represented by counsel, the Court will not deny the

10   Substitution Motion on this basis. Counsel for Parties are cautioned to abide by all

11   requirements of this Court's local rules and procedures in the future.

12   (4) Accordingly, the Substitution Motion (Dkt. No. 17) is hereby GRANTED. Mr. O'Meara

13   may withdraw as counsel for Defendant and Mr. Hasson is substituted as attorney of

14   record for Defendant.

15   Dated this 6th day of July 2022.

16

17   Ravi Subramanian
     Clerk of the Court

18   s/ Kadya Peter
19   Deputy Clerk

20

21

22

23

24