Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KYZAR V. CREDIT INTERNATIONAL CORPORATION,<br>　　　　Plaintiff,<br>　　vs.<br>CREDIT INTERNATIONAL CORPORATION,<br>　　　　Defendants. | No. 2:22-cv-00027 - TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED FOR HEARING<br><br>AUGUST 1, 2022 |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

Dated August 1, 2022

s/ Christina L. Henry  
Christina L. Henry, WSBA # 31273  
Henry & DeGraaff, P.S.  
113 Cherry St, PMB 58364  
Seattle, WA  98104  
(206) 330-0595  
chenry@hdm-legal.com  
Attorney for Plaintiff  

/s/ Jeffrey I. Hasson  
Jeffrey I. Hasson, WSBA# 23741  
Hasson Law, LLC  
9385 SW Locust ST  
Tigard, OR 97223-6632  
(503) 255-5352  
hasson@hassonlawllc.com  
Attorney for Defendant

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

IT IS ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of fees or costs to any party.

DATED this 2nd day of August, 2022.

Tana Lin
United States District Judge